United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____   Chapter ___11___

☐ Check if this an
    amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | Ludlow Hospitality, LLC | |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 81-3801497 | |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6001 Hughes Crossing<br>Suite 150<br>Franklin, TN 37064<br>Number, Street, City, State & ZIP Code | 1007 Mooreland Blvd<br>Brentwood, TN 37027<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Williamson<br>County | **Location of principal assets, if different from principal place of business**<br>6001 Hughes CrossingSuite 150 Franklin, TN 37064<br>Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL)   ludlowandprime.com

**6.** **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District | When | Case number |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      November 6, 2024
                 MM / DD / YYYY

**X** /s/  Timothy Kohler                              Timothy Kohler
Signature of authorized representative of debtor        Printed name

Title    Member

**18. Signature of attorney**

**X** /s/ Keith D. Slocum                         Date    November 6, 2024
Signature of attorney for debtor                          MM / DD / YYYY

Keith D. Slocum
Printed name

Slocum Law
Firm name

370 Mallory Station Road Suite 504
Franklin, TN 37067
Number, Street, City, State & ZIP Code

Contact phone   (615) 656-3344      Email address   keith@keithslocum.com

BPR No. 023024 TN
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Ludlow Hospitality, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.    18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 6, 2024      **X** /s/   Timothy Kohler
                                      Signature of individual signing on behalf of debtor

                                      Timothy Kohler
                                      Printed name

                                      Member
                                      Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Ludlow Hospitality, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amex<br>Attn: Bankruptcy<br>P O Box 981540<br>El Paso, TX 79998 | | | | | | $60,639.00 |
| Brentwood Place Holdings, LLC<br>c/o William F. Long, Jr.<br>5214 Maryland Way, Suite 402<br>Brentwood, TN 37027 | | | Disputed | | | $750,000.00 |
| Creation Gardens<br>P O Box 950301<br>Louisville, KY 40295-0301 | | | | | | $44,917.00 |
| Halperns' Steak and Seafood, Inc<br>P O Box 84943<br>Chicago, IL 60689-4943 | | | | | | $12,961.00 |
| Marlin Peac Solutions<br>P O Box 13604<br>Philadelphia, PA 19101-3604 | | Walk in Cooler Boths (10)   See attached | | $74,425.00 | $28,000.00 | $46,425.00 |
| U. S. Small Business Admin - BK<br>51 SW 1st Avenue<br>Suite 201<br>Miami, FL 33130 | | Cash Wells Fargo Bank   See attached | | $1,428,444.00 | $325,055.00 | $1,103,389.00 |
| U. S. Small Business Admin - BK<br>51 SW 1st Avenue<br>Suite 201<br>Miami, FL 33130 | | | | | | $122,443.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor name    Ludlow Hospitality, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*.....................................................................................    $      0.00

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.................................................................................    $      384,055.00

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..................................................................................    $      384,055.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $      1,502,869.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $      0.00

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      990,960.00

4. **Total liabilities** ...................................................................................................
Lines 2 + 3a + 3b      $      2,493,829.00

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 3:24-bk-04309    Doc 1    Filed 11/06/24    Entered 11/06/24 15:51:11    Desc Main
Document     Page 7 of 39

**Fill in this information to identify the case:**

Debtor name    Ludlow Hospitality, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|
| 2. | **Cash on hand** | $5,000.00 |

| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
|---|---|---|---|
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | Wells Fargo Bank | Checking | $80,000.00 |

| 4. | **Other cash equivalents** *(Identify all)* |
|---|---|

| 5. | **Total of Part 1.** | |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $85,000.00 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** | |
|---|---|---|
| | Description, including name of holder of deposit | |
| 7.1. | Berry Farms - Lease | $28,000.00 |
| 7.2. | ATMOS Gas | $2,500.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:24-bk-04309    Doc 1    Filed 11/06/24    Entered 11/06/24 15:51:11    Desc Main
Document     Page 8 of 39

| 7.3. | MTE | $500.00 |
|------|-----|---------|

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                                    | $31,000.00 |

     Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☒ No.   Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

   ☒ No.   Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.   Go to Part 6.
   ☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** <br> See attached | | $0.00 | | $240,055.00 |
| | Walk in Cooler | | $0.00 | | $8,000.00 |

23. **Total of Part 5.**                                                                    | $248,055.00 |

    Add lines 19 through 22.   Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
   ☒ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☒ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Boths (10) | $0.00 | | $5,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>See attached | $0.00 | | $15,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86.                                    $20,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 8:      Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:      Real property**

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:      Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

61.    **Internet domain names and websites**
       ludlowandprime.com                              $0.00                              $0.00

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                              | $0.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☒ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☒ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☒ No.    Go to Part 12.
     ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------:|-------------------------------:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $85,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $31,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $248,055.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $384,055.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $384,055.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Asset | Value |
| --- | --- |
| Kitchen Line | $50,488.42 |
| Wood Grille | $13,385.00 |
| Gas Broiler | $42,111.26 |
| Walkin | $22,091.25 |
| Booths | $11,450.79 |
| Chairs | $27,028.15 |
| Tables | $10,000.00 |
| Food Inventory | $25,000.00 |
| Alcohol Inventory | $10,000.00 |
| Smallwares | $15,000.00 |
| Utility Tables | $10,000.00 |
| Utility Shelving | $3,500.00 |
| Total | $240,054.87 |

**All Wired Up**
8204 Wikle Rd E
Brentwood, TN 37027
+1 6155823776
steve@all-wiredup.com
www.allwireduptn.com



| ADDRESS | SHIP TO |
|---------|---------|
| Tim Kohler | Tim Kohler |
| Ludlow & Prime | Ludlow & Prime |
| 330 Franklin Road, Suite 226B | 330 Franklin Road, Suite 226B |
| Brentwood, TN 37027 | Brentwood, TN 37027 |

## Estimate 2028

**DATE** 04/09/2024

| PRODUCT/SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|-----------------|-------------|-----|------|--------|
| | Estimate for new location in Berry Farms | | | |
| | INFRASTRUCTURE/NETWORK | | | |
| AV:Panamax MR4000 | Panamax power conditioner | 1 | 199.00 | 199.00T |
| Network:Ubiquiti Dream Machine PRO | UniFi Dream Machine Pro (UDM-Pro) is an all-in-one enterprise network appliance. UDM-Pro integrates all current and upcoming UniFi applications with a security gateway, 10G SFP+ WAN, 8-port Gbps switch and off-the-shelf 3.5" HDD support. | 1 | 379.00 | 379.00T |
| Network:Ubiquiti USW-PRO-48-POE | Ubiquiti USW-PRO-48-POE \| Layer 3 Switch | 1 | 1,099.00 | 1,099.00T |
| AV:AV House Prewire | CAT6 - Network/Phone | 8 | 175.00 | 1,400.00 |
| AV:AV House Prewire | CAT6 - Toast POS | 12 | 175.00 | 2,100.00 |
| AV:AV House Prewire | CAT6 - Video | 9 | 175.00 | 1,575.00 |
| AV:AV House Prewire | CAT6 - Cameras | 16 | 175.00 | 2,800.00 |
| AV:AV House Prewire | Audio WIre - 16/2 | 20 | 100.00 | 2,000.00 |
| Network:Ubiquiti U6-Enterprise | Ubiquiti U6-Enterprise-US \| Ceiling-Mounted WiFi 6E Access Point | 3 | 279.00 | 837.00T |
| | CAMERAS | | | |

| PRODUCT/SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Security:Global GNR52P6-16 | 16 CHANNEL NVR PLUG & PLAY, 160MBPS, 4 SATA, 2 HDMI, 1VGA | 1 | 899.00 | 899.00T |
| Network:Western Digital HD-6 | 6TB HDD | 2 | 229.00 | 458.00T |
| Network:Global NC324-XD-2.8 | 4MP IP turret camera 2.8mm fixed lens POE | 16 | 185.00 | 2,960.00T |
| | TELEVISIONS | | | |
| AV:Samsung QN65LS03BA | Samsung - 65" - The Frame Series - 4K UHD TV - Smart - LED - with HDR | 2 | 1,999.00 | 3,998.00T |
| AV:Sanus VMPL50AB | Sanus 32-70" tilting wall mount with PROset | 4 | 125.00 | 500.00T |
| AV:Binary B-260-ARC | CAT 6 audio balun for ARC | 2 | 199.00 | 398.00T |
| AV:Legrand ENP1705-NA-V1 | Legrand ENP1705-NA-V1 \| 17 Inch Wall Enclosure w/ 5 In Mounting Plate | 2 | 79.00 | 158.00T |
| | AUDIO | | | |
| AV:Atlas AZM4 | Atmosphere 4-zone audio processor with app interface | 1 | 999.00 | 999.00T |
| AV:Atlas AZA404 | Atmosphere 400 watt networkable 4-channel power amplifier | 1 | 1,299.00 | 1,299.00T |
| AV:Atlas A-BT | ATMOSPHERE™ REMOTE BLUETOOTH™ AUDIO INPUT | 2 | 250.00 | 500.00T |
| AV:Sonance PS-P63T | PRO SERIES PS-P63T MEDIUM PENDANT SPEAKER BLACK (1 EACH) | 20 | 283.00 | 5,660.00T |
| | INSTALLATION AND PROGRAMMING | | | |
| Miscellaneous Installation Materials | Includes wires, boxes, connectors, wall plates and wire nuts | 1 | 500.00 | 500.00T |
| Network:Programing | Network and Audio System Programing | 1 | 450.00 | 450.00 |
| Security:Programing | Programing of Security Camera System | 1 | 225.00 | 225.00 |
| AV:Installation and Configuration | Labor for job installation and configuration | 1 | 6,000.00 | 6,000.00 |

A deposit of 50% is required to schedule all projects.  Payments can be made by cash or check.  Credit cards are accepted with an additional 3% upcharge to cover processing fees.  Thanks for your understanding.

| | |
|---|---|
| SUBTOTAL | 37,393.00 |
| TAX | 2,032.19 |

| | |
|---|---|
| TOTAL | $39,425.19 |

Accepted By                              Accepted Date

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1** Marlin Peac Solutions

Creditor's Name

P O Box 13604
Philadelphia, PA 19101-3604

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
3/2024 and 5/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
Walk in Cooler ; Boths (10) ; See attached

**Describe the lien**
Secured by the Business

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | $74,425.00 | $28,000.00 |
|---|---|---|---|

**2.2** U. S. Small Business Admin - BK

Creditor's Name

51 SW 1st Avenue
Suite 201
Miami, FL 33130

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
9/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
Home & lot located at 1007 Mooreland Blvd, Brentwood, TN 37027 (value $843,800 - 1st mortgage $471,315.00), Home & lot 2754 Goodbar Road, Rock Island, TN 38581 (value $231,700.00), all accounts, all inventory, all equipment, furniture, tangible and intangibles, chattel paper/instruments

**Describe the lien**
Deed of Trust/Other

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| | | $1,428,444.00 | $325,055.00 |
|---|---|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Case 3:24-bk-04309    Doc 1    Filed 11/06/24    Entered 11/06/24 15:51:11    Desc Main
Document    Page 17 of 39

| Debtor | Ludlow Hospitality, LLC | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,502,869.00

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| United Community Bank<br>125 East Broad Street<br>Greenville, SC 29601 | Line   2.2 | |

Debtor name    Ludlow Hospitality, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Internal Revenue Service/BK<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>Notice only | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Tennessee Department of Revenue<br>500 Deaderick Street<br>Nashville, TN 37242 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>Notice only | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>US Attorney for IRS<br>719 Church Street, Suite 3300<br>Nashville, TN 37203 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>Notice only | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill

out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Amex<br>Attn: Bankruptcy<br>P O Box 981540<br>El Paso, TX 79998 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $60,639.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>Brentwood Place Holdings, LLC<br>c/o William F. Long, Jr.<br>5214 Maryland Way, Suite 402<br>Brentwood, TN 37027 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $750,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Creation Gardens<br>P O Box 950301<br>Louisville, KY 40295-0301 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $44,917.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>Halperns' Steak and Seafood, Inc<br>P O Box 84943<br>Chicago, IL 60689-4943 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,961.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>U. S. Small Business Admin - BK<br>51 SW 1st Avenue<br>Suite 201<br>Miami, FL 33130 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $122,443.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Brentwood Place Holding, LLC<br>3001 Armory Drive Suite 250<br>Nashville, TN 37204 | Line  3.2<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Gillespie Nelson<br>5554 Taylor Cemetery Road<br>Franklin, TN 37064 | Line  3.2<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Ludlow Hospitality, LLC | | Case number (if known) | |
|---|---|---|---|---|

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | Michael Groos<br>6108 Foxland Drive<br>Brentwood, TN 37027 | Line 3.2<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Nashville Restaurant Group<br>c/o Wild Iris<br>127 Franklin Road<br>Brentwood, TN 37027 | Line 3.2<br>☐ Not listed. Explain ____ | _ |
| 4.5 | SBA CESC - Covid<br>14925 Kingsport Road<br>Fort Worth, TX 76155 | Line 3.5<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Williamson County Chancery Court<br>135 4th Ave S.<br>Room 236<br>Franklin, TN 37064 | Line 3.1<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Williamson County General Sessions<br>135 Fourth Avenue South<br>Franklin, TN 37064 | Line 3.2<br>☐ Not listed. Explain ____ | _ |
| 4.8 | Zwicker & Associates<br>5409 Maryland Way, Suite 310<br>Brentwood, TN 37027 | Line 3.1<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 990,960.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 990,960.00 |

| Fill in this information to identify the case: |
| --- |

Debtor name    Ludlow Hospitality, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- |
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Walk in Cooler, Modular, Self-Contained Aircooler - Monthly $1,155.49 | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | A Head for profits<br>240 Great circle Road Ste 344<br>Nashville, TN 37228-1721 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Security and AV System - Monthly $1,217.35 | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | All Wired Up<br>8204 Wikle Road E<br>Brentwood, TN 37027 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Commercial space - Monthly Rent $18,131.33 | |
| | State the term remaining | | Berry Farms Apt Investments, LP<br>c/o Boyle Nashville, LLC<br>Attn: property Manager |
| | List the contract number of any government contract | _____ | 2000 Meridan Blvd, Suite 250<br>Franklin, TN 37067 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Furniture - Monthly $508.18 | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | CEH Leasing<br>2076 Sunnydale Blvd<br>Clearwater, FL 33765 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 3:24-bk-04309    Doc 1    Filed 11/06/24    Entered 11/06/24 15:51:11    Desc Main
Document      Page 22 of 39

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Berry Farms Apt Investments, LP - Notice only | |
|---|---|---|---|
| | State the term remaining | | Evans Petree PC |
| | | | Attn: Woods Weathersby and/or Ashly Scott |
| | List the contract number of any government contract | _____ | 6060 Poplar Avenue, Suite 400 |
| | | | Memphis, TN 38119 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Notice only - CEH Leasing, Marlin Leasing, PEAC Solutions | |
|---|---|---|---|
| | State the term remaining | | Karen Shields, Esquire |
| | | | 300 Fellowship Road |
| | List the contract number of any government contract | _____ | Mount Laurel, NJ 08054 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Notice only - CEH Leasing | |
|---|---|---|---|
| | State the term remaining | | PEAC/Marlin Leasing Corp |
| | | | P O Box 13604 |
| | List the contract number of any government contract | _____ | Philadelphia, PA 19101-3604 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Case 3:24-bk-04309   Doc 1   Filed 11/06/24   Entered 11/06/24 15:51:11   Desc Main
Document      Page 23 of 39

Fill in this information to identify the case:

Debtor name    Ludlow Hospitality, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Rachel Kohler | 1007 Mooreland Blvd, Brentwood, TN 37027 | U. S. Small Business Admin - BK | ☒ D   2.2 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Tim Koler | 1007 Mooreland Blvd Brentwood, TN 37027-7942 | Amex | ☐ D _____ <br> ☒ E/F   3.1 <br> ☐ G _____ |
| 2.3 | Tim Koler | 1007 Mooreland Blvd Brentwood, TN 37027-7942 | U. S. Small Business Admin - BK | ☒ D   2.2 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | Tim Koler | 1007 Mooreland Blvd Brentwood, TN 37027-7942 | All Wired Up | ☐ D _____ <br> ☐ E/F _____ <br> ☒ G   2.2 |
| 2.5 | Tim Koler | 1007 Mooreland Blvd Brentwood, TN 37027-7942 | CEH Leasing | ☐ D _____ <br> ☐ E/F _____ <br> ☒ G   2.4 |

<u>Official Form 207</u>

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2024 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $482,660.00 |
| For prior year:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $873,254.00 |
| For year before that:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other _____ | $1,034,495.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Amex | Civil | Williamson County Chancery Court 135 4th Ave S. Room 236 Franklin, TN 37064 | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Brentwood Place Holdings, LLC | Civil | Williamson County General Sessions 135 Fourth Avenue South Franklin, TN 37064 | ☒ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Keith Slocum 370 Mallory Station Road Ste 504 Franklin, TN 37067 | Attorney fees | October, 2024 | $12,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | United States Bankruptcy Court Nashville, TN 37203 | Court fees | November, 2024 | $1,738.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---------|---------------------------|
| 14.1. 330 Franklin Road Suite 226-B<br>Brentwood, TN 37027 | 9/17 to 5/2024 |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|
| | | |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|--------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|-----------------------------------------|-------------------------------------------|-----------------------------|----------------------------|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Case 3:24-bk-04309    Doc 1    Filed 11/06/24    Entered 11/06/24 15:51:11    Desc Main
Document     Page 28 of 39

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---------------------------|-----------------------------------|------------------------------|-----------------------------|
| Stor n lok<br>520 Summit View Place<br>Brentwood, TN 37027 | Tim Koler<br>1007 Mooreland Blvd<br>Brentwood, TN 37027-7942 | Equipment, various supplies | ☐ No<br>☒ Yes |
| Stor Place Self Storage<br>1138 Murfreesboro Road<br>Franklin, TN 37064 | Tim Koler<br>1007 Mooreland Blvd<br>Brentwood, TN 37027-7942 | Furniture, various supplies | ☐ No<br>☒ Yes |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---------------------------|----------------------------------|--------------------|----------------|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|------------------------------|----------------|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|------------------------------|----------------|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

Case 3:24-bk-04309    Doc 1    Filed 11/06/24    Entered 11/06/24 15:51:11    Desc Main
Document        Page 29 of 39

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    Joseph Fragnoli<br>5284 Juliet Court<br>Immokalee, FL 34142 | 2021 to date |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No<br>
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| Tim Kohler | 1007 Mooreland Blvd<br>Brentwood, TN 37027 | Member | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No<br>
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 6, 2024 _____

/s/   Timothy Kohler _____        Timothy Kohler _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Member _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Tennessee

In re    Ludlow Hospitality, LLC                             Case No. _____
                                  Debtor(s)               Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    November 6, 2024                     Signature   /s/ Timothy Kohler
                                                      Timothy Kohler

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Tennessee

In re    Ludlow Hospitality, LLC                         Case No. _____

                                         Debtor(s)            Chapter     11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

    For legal services, I have agreed to accept ........................................................   $       _____

    Prior to the filing of this statement I have received ......................................   $       _____

    Balance Due .................................................................................................   $       _____

☒   **RETAINER**

    For legal services, I have agreed to accept and received a retainer of..........................   $           12,000.00

    The undersigned shall bill against the retainer at an hourly rate of................................   $           12,000.00
    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
    fees and expenses exceeding the amount of the retainer.

2.   $___0.00___ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ☒ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

    ☒ Debtor      ☐ Other (specify):

5.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    b.   [Other provisions as needed]
       All work included is to be provided prior to the petition filing date based on hourly rates as follows: (note: hourly rates are adjusted annually on January 1 of each year)

       Keith Slocum            $475.000/ hour
       Paralegals              $ 150.00/hour

       All payments will be applied to invoices for work done billed at applicable hourly rates.

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       Money paid prior to the petition filing shall be applied first to work done pre petition with any unused amount to be applied to post petition work. Specifically the pre petition contract does not include representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Additional meetings, document preparation or review, and court pleadings or hearings directly resulting from prior business ownership by one or more debtors (unless specifically added to the initial retainer). Depositions or Rule 2004 examinations in any Contested Matter, Adversary Proceeding, or any other matter. Representation in defense of a motion to dismiss under 11USC707(a) or (b) beyond the initial inquiry by the USTrustee. Representation or legal advice concerning matters in any Court other than Federal Bankruptcy Court. Costs of appraisals or expert testimony as to valuations, Costs related to expert witnesses, title examination, document retrieval, title document preparation or recordation. Costs of credit repair or Credit bureau report corrections or clarification. Actions taken in protection of co-makers on debt.

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| November 6, 2024 | /s/ Keith D. Slocum |
|---|---|
| *Date* | Keith D. Slocum |
| | *Signature of Attorney* |
| | Slocum Law |
| | 370 Mallory Station Road Suite 504 |
| | Franklin, TN 37067 |
| | (615) 656-3344   Fax: |
| | keith@keithslocum.com |
| | *Name of law firm* |

# United States Bankruptcy Court
## Middle District of Tennessee

In re   Ludlow Hospitality, LLC          Case No. _____

                       Debtor(s)       Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    November 6, 2024            /s/ Timothy Kohler _____

                                       Timothy Kohler /Member
                                       Signer/Title

A Head for profits
240 Great circle Road Ste 344
Nashville, TN 37228-1721


All Wired Up
8204 Wikle Road E
Brentwood, TN 37027


Amex
Attn: Bankruptcy
P O Box 981540
El Paso, TX 79998


Berry Farms Apt Investments, LP
Attn: property Manager
c/o Boyle Nashville, LLC  2000 Meridan B
Franklin, TN 37067


Brentwood Place Holding, LLC
3001 Armory Drive Suite 250
Nashville, TN 37204


Brentwood Place Holdings, LLC
c/o William F. Long, Jr.
5214 Maryland Way, Suite 402
Brentwood, TN 37027


CEH Leasing
2076 Sunnydale Blvd
Clearwater, FL 33765


CESC-Covid EIDL Service Center
14925 Kingsport Road
Fort Worth, TX 76155


Creation Gardens
P O Box 950301
Louisville, KY 40295-0301


Evans Petree PC
Attn: Woods Weathersby and/or Ashly Scot
6060 Poplar Avenue, Suite 400
Memphis, TN 38119


Gillespie Nelson
5554 Taylor Cemetery Road
Franklin, TN 37064


Halperns' Steak and Seafood, Inc
P O Box 84943
Chicago, IL 60689-4943


Internal Revenue Service/BK
P O Box 7346
Philadelphia, PA 19101-7346

Karen Shields, Esquire
300 Fellowship Road
Mount Laurel, NJ 08054


Marlin Peac Solutions
P O Box 13604
Philadelphia, PA 19101-3604


Michael Groos
6108 Foxland Drive
Brentwood, TN 37027


Nashville Restaurant Group
c/o Wild Iris
127 Franklin Road
Brentwood, TN 37027


PEAC/Marlin Leasing Corp
P O Box 13604
Philadelphia, PA 19101-3604


Rachel Kohler
1007 Mooreland Blvd,
Brentwood, TN 37027


SBA CESC - Covid
14925 Kingsport Road
Fort Worth, TX 76155


Tennessee Department of Revenue
500 Deaderick Street
Nashville, TN 37242


Tim Koler
1007 Mooreland Blvd
Brentwood, TN 37027-7942


U. S. Small Business Admin - BK
51 SW 1st Avenue
Suite 201
Miami, FL 33130


United Community Bank
125 East Broad Street
Greenville, SC 29601


US Attorney for IRS
719 Church Street, Suite 3300
Nashville, TN 37203


Williamson County Chancery Court
135 4th Ave S.
Room 236
Franklin, TN 37064

```
Williamson County General Sessions
135 Fourth Avenue South
Franklin, TN 37064


Zwicker & Associates
5409 Maryland Way, Suite 310
Brentwood, TN 37027
```

In re   Ludlow Hospitality, LLC

Case No. _____

Debtor(s)

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___Ludlow Hospitality, LLC___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

November 6, 2024

Date

/s/ Keith D. Slocum

Keith D. Slocum

Signature of Attorney or Litigant

Counsel for   Ludlow Hospitality, LLC

Slocum Law

370 Mallory Station Road Suite 504
Franklin, TN 37067
(615) 656-3344  Fax:
keith@keithslocum.com